UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUREDA MACHADO,<br>Petitioner,<br>v.<br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-06450 TLN AC<br><br>ORDER |

Petitioner, a self-represented immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. However, the petition appears to be missing pages, including the signature page. See ECF No. 1 at 13. Parties proceeding without counsel are required to **sign** all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the petition unless petitioner signs and re-files the petition.

Accordingly, petitioner is provided an opportunity to **re-file a complete petition (with all pages) bearing his signature**. Failure to submit a complete and signed amended petition will result in a recommendation that this action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall re-file a **complete** and **signed** petition; and

2. The Clerk of the Court is directed to send petitioner a copy of his incomplete petition at ECF No. 1.

DATED: September 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE